## Kenneth Kruse, Appellee, v. Progress Insurance Association, Appellant.

**Gen. No. 44,727.**

opinion filed June 29, 1949; released for publication July 18, 1949. Pretzel & Stouffer, for appellant; Charles D. Snewind, of counsel; James Maher, for appellee. Opinion by JUSTICE LEWE. Not to be published in full.